Merchant Capital v Resurgence Cal., LLC (2024 NY Slip Op 00508)

Merchant Capital v Resurgence Cal., LLC

2024 NY Slip Op 00508

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, GREENWOOD, AND KEANE, JJ.

71 CA 23-00209

[*1]MERCHANT CAPITAL, PLAINTIFF-RESPONDENT,
v
RESURGENCE CALIFORNIA, LLC, DOING BUSINESS AS RESURGENCE CALIFORNIA, RESURGENCE CA, LLC, RESURGENCE BEHAVIORAL HEALTH, LLC, ADVANCED RECOVERY SOLUTIONS, LLC, PACIFIC MANOR RECOVERY, LLC, RESURGENCE TX, LLC, NEW START TREATMENT & RECOVERY CENTER, AND STEPHEN J. FENNELLY, DEFENDANTS-APPELLANTS. 

COLONNA COHEN LAW, PLLC, BROOKLYN (ASHLEE COLONNA COHEN OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
BERKOVITCH & BOUSKILA, PLLC, POMONA (ARIEL BOUSKILA OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Ontario County (Craig J. Doran, J.), entered October 18, 2022. The order, among other things, granted plaintiff's motion for summary judgment and denied defendants' cross-motion to amend their answer. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on October 19, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court